IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-D-1833 (BNB)

GARY R. COZZOLINO, JR.,

    Petitioner,

v.

INTERNAL REVENUE SERVICE, Department of the Treasury,

    Respondent.
_____

**ORDER**
_____

    THIS MATTER is before the Court on *Pro Se* Petitioner Gary R. Cozzolino, Jr.'s Motion for (sic) File Lien for Default Judgment ("Motion"), filed November 16, 2004. Through his Motion, Petitioner requests "[a] lien be placed on property including assets and Bank accounts together with interest thereof at the legal rate, until debt has been paid in full thereof." In support of his Motion, Petitioner asserts Respondent Internal Revenue Service, Department of the Treasury ("IRS"), failed to respond to the motions of the federal courts, wrongfully denied the truth, and failed to make payments through the Court. Upon my review of the record, I find Petitioner's Motion is without merit and should be DENIED.

    On August 7, 2003, Judgment was entered in favor of the IRS and this action was dismissed with prejudice. Accordingly, I find Petitioner's filing to be nonsensical, as the IRS, not Petitioner, is the party who might request a lien be placed on property in this action. I further find, Petitioner's Motion is untimely to the extent it was intended to

constitute a Fed. R. Civ. P. 59 Motion, as it was filed nineteen months after the final judgment in this action. Accordingly, it is

ORDERED that Petitioner's Motion for (sic) File Lien for Default Judgment, filed November 16, 2004, is **DENIED**.

Dated: August 27, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge