IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-01833-WYD-BNB

GARY R. COZZOLINO, JR.,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE, Department of the Treasury,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on an Affidavit filed by Plaintiff indicating that Defendant is in default and a document entitled "Demand Promissory Note" (both filed March 15, 2006). For the reasons stated below, these pleadings are STRICKEN.

Judgment was entered in favor of Defendant and against Plaintiff on August 7, 2003. On November 1, 2005, the Court denied Plaintiff's pleading entitled "Motion for Amendment Federal Rule 38" which sought an amendment of the judgment. Defendant is not in default, as judgment has entered in favor of Defendant, and this case is terminated. Accordingly, the pleadings filed by Plaintiff that continue to seek relief against Defendant are improper. Any further pleadings by Plaintiff will also be stricken.

In conclusion, it is

ORDERED that the Affidavit and Demand Promissory Note filed March 15, 2006 are **STRICKEN**.

Dated: March 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge