IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   02-cv-01833-WYD-BNB

GARY R. COZZOLINO, JR.,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE, Department of the Treasury,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    "Plaintiff's Motion for Amendment Federal Rule 38" filed April 9, 2012 (ECF No. 45) is **STRICKEN** pursuant to my Order of March 17, 2006.  As noted in that Order, filings in this case are improper as this case is terminated.

    Dated:  April 11, 2012.